IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                            CASE NO. 07-30736-DHW
CHAPTER 13
BOBBY F BUSH

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. Debtor's current plan payments are $1,586.00 monthly, and the overall pay record is 82.03% .
2. No prior motions to dismiss have been filed in this case.
3. Five motions for relief have been filed in this case.
4. This is the only Motion to Dismiss filed in the past 12 months.
5. The last payments received by the Trustee from the debtor were received on:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $586.00 | 04/06/2009 | 2748 | $586.00 | 04/21/2009 | 5743 | $1,000.00 | 04/21/2009 | 5732 |
| $1,000.00 | 04/29/2009 | 2737 | $1,586.00 | 05/04/2009 | 4425 | $172.00 | 07/28/2009 | 7698 |
| $1,000.00 | 07/28/2009 | 7665 | $1,000.00 | 07/28/2009 | 7676 | $1,000.00 | 07/28/2009 | 7687 |
| $586.00 | 10/21/2009 | 5348 | $1,000.00 | 10/21/2009 | 5337 | | | |

6. The case is feasible.

Respectfully submitted on November 02, 2009.

Office of the Chapter 13 Trustee                      */s/ Curtis C. Reding*
P.O. Box 173
Montgomery, AL 36101-0173                       Curtis C. Reding
Phone: (334)262-8371                            Chapter 13 Trustee
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on November 02, 2009.

*/s/ Curtis C. Reding*

Curtis C. Reding
Chapter 13 Trustee